IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** McBride, Donna | Case Number: 06 B 12512 |
| | Judge: Hollis, Pamela S |
| Printed: 7/15/08 | Filed: 10/2/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 2, 2008
Confirmed: December 11, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 5,375.00 | |
| Secured: | | 3,894.80 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,200.00 |
| Trustee Fee: | | 280.20 |
| Other Funds: | | 0.00 |
| Totals: | 5,375.00 | 5,375.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Select Legal - The First Choice | Administrative | 1,200.00 | 1,200.00 |
| 2. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 3. | Citi Residential Lending Inc | Secured | 8,836.55 | 3,894.80 |
| 4. | DaimlerChrysler Servs North America | Unsecured | 1,003.69 | 0.00 |
| 5. | Portfolio Recovery Associates | Unsecured | 541.12 | 0.00 |
| 6. | AT&T Wireless | Unsecured | 15.64 | 0.00 |
| 7. | American Express Travel Relate | Unsecured | 204.30 | 0.00 |
| 8. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 9. | Nicor Gas | Unsecured | | No Claim Filed |
| 10. | Lane Bryant | Unsecured | | No Claim Filed |
| 11. | Pearl Dental Group | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 11,801.30 | $ 5,094.80 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 80.40 |
| 5.4% | 199.80 |
| | _____ |
| | $ 280.20 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** McBride, Donna | Case Number: 06 B 12512 |
| | Judge: Hollis, Pamela S |
| Printed: 7/15/08 | Filed: 10/2/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                            Marilyn O. Marshall, Trustee, by:

